UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 03986
   JULIETTA BLUMENFELD
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-2314

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/30/04 .

     2.  The case was converted to Chapter 7 without confirmation, 11/04/2004.

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ADT SECURITY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| AEREX PEST CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| ALL AMERICAN FENCE CO | UNSECURED | NOT FILED | .00 | .00 |
| BAYTREE PROFESSIONAL MGM | UNSECURED | NOT FILED | .00 | .00 |
| BAYTREE PROFESSIONAL MGM | UNSECURED | NOT FILED | .00 | .00 |
| CALIFORNIA CLOSETS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CONNERS VIDEO | UNSECURED | NOT FILED | .00 | .00 |
| D'ANCONA & PFLAUM | UNSECURED | NOT FILED | .00 | .00 |
| DEERFIELD ELECTRIC CO | UNSECURED | NOT FILED | .00 | .00 |
| DOWNE'S POOL CO | UNSECURED | NOT FILED | .00 | .00 |
| DAVID JACKSON MD | UNSECURED | NOT FILED | .00 | .00 |
| ENH MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| EZ CLEAN | UNSECURED | NOT FILED | .00 | .00 |
| HAVE DOGGIE WE'LL DOO | UNSECURED | NOT FILED | .00 | .00 |
| HIGHLAND PARK ANIMAL HOS | UNSECURED | NOT FILED | .00 | .00 |
| HIGHLAND PARK ELECTRIC | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOUSEHOLD CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| HR IMAGING PARTNERS | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS BONE & JOINT CE | UNSECURED | NOT FILED | .00 | .00 |
| JACK JOHNSON | UNSECURED | NOT FILED | .00 | .00 |
| JOHN ZENGELER CLEANERS | UNSECURED | NOT FILED | .00 | .00 |
| LAKE CITY CLEANERS | UNSECURED | NOT FILED | .00 | .00 |
| LES KOPIEC | UNSECURED | NOT FILED | .00 | .00 |
| LITERARY GUILD SELECT | UNSECURED | NOT FILED | .00 | .00 |
| LITERARY GUILD SELECT | UNSECURED | NOT FILED | .00 | .00 |
| MARIANI LANDSCAPE | UNSECURED | NOT FILED | .00 | .00 |
| DRS PDILMAN KATIN LUBAR | UNSECURED | NOT FILED | .00 | .00 |

```
MATLIN & FATERSTEIN          UNSECURED     NOT FILED              .00          .00
NEIMAN-MARCUS CO             UNSECURED     NOT FILED              .00          .00
NORTH SHORE MEDICAL SERV     UNSECURED     NOT FILED              .00          .00
PEOPLES GAS                  UNSECURED     NOT FILED              .00          .00
QUEST DIAGNOSTICS            UNSECURED     NOT FILED              .00          .00
QUEST DIAGNOSTICS            UNSECURED     NOT FILED              .00          .00
SAM SCOPELLITI LANDSCAPI     UNSECURED     NOT FILED              .00          .00
SCHMECHTIG LANDSCAPING C     UNSECURED     NOT FILED              .00          .00
SCOTT SHERWIN                UNSECURED     NOT FILED              .00          .00
SITEWORKS                    UNSECURED     NOT FILED              .00          .00
STEPHEN R CANN MD            UNSECURED     NOT FILED              .00          .00
SUNSET FOODS                 UNSECURED     NOT FILED              .00          .00
T MOBILE VOICE STREAM        UNSECURED     NOT FILED              .00          .00
T MOBILE VOICE STREAM        UNSECURED     NOT FILED              .00          .00
SITEWORKS                    UNSECURED     NOT FILED              .00          .00
THE BANNOCKBURN CLUB         UNSECURED     NOT FILED              .00          .00
VIA VENATO                   UNSECURED     NOT FILED              .00          .00
VICKTOR HLAVACEK FLORIST     UNSECURED     NOT FILED              .00          .00
VIDEO ADVENTURE              UNSECURED     NOT FILED              .00          .00
VINCE PUCCIO LANSCAPING      UNSECURED     NOT FILED              .00          .00
VIP STONE & TILE             UNSECURED     NOT FILED              .00          .00
FIRST PREMIER BANK           UNSECURED     NOT FILED              .00          .00
SHEN & ASSOC                 UNSECURED     NOT FILED              .00          .00
AT & T                       UNSECURED     NOT FILED              .00          .00
ERIC G MATLIN                UNSECURED     NOT FILED              .00          .00
```

              Summary of disbursements:
--------------------------------------------------------------------------------

|                     | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---------------------|---------|----------|-----------|-------|-------|
| TOTAL CLMS ALLOWED  | .00     | .00      | .00       | .00   | .00   |
| PRINCIPAL PAID      | .00     | .00      | .00       | .00   | .00   |
| INTEREST PAID       | .00     | .00      | .00       | .00   | .00   |
| TOTAL PAID          | .00     | .00      | .00       | .00   | .00   |

The Debtor's attorney, MELVIN J KAPLAN             , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 11/11/04                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

PAGE  3
CASE NO. 04 B 03986 JULIETTA BLUMENFELD