# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 04-03986 ABG |
| BLUMENFELD, JULIETTA | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on        . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S. C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor

   Leaving a balance on hand of            $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was              . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any

claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $        as interim compensation and now requests a sum of $         , for a total compensation of $           . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $      , and now requests reimbursement for expenses of $      , for total expenses of $        .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____   By:/s/JOSEPH E. COHEN_____
                                                    Trustee

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 04-03986 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | BLUMENFELD, JULIETTA | | | Date Filed (f) or Converted (c): | 02/03/04 (f) |
| | | | | 341(a) Meeting Date: | 03/25/04 |
| For Period Ending: | 05/31/09 | | | Claims Bar Date: | 05/05/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 0.00 | 0.00 | | 0.00 | 0.00 |
| 2. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | 0.00 |
| 3. APPAREL | 200.00 | 0.00 | | 0.00 | 0.00 |
| 4. JEWELRY | 250.00 | 0.00 | | 0.00 | 0.00 |
| 5. LINCOLN TOWNCAR - 1995 | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. 2000 LAND ROVER (u) | 0.00 | 10,000.00 | | 9,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 220.28 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,950.00 | $10,000.00 | $9,220.28 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE FOUND VEHICLE NOT SCHEDULED AND DEBTOR IS ATTEMPTING TO CONVERT TO CHAPTER 13.  CASE CONVERTED TO CHAPTER 13.  CASE RECONVERTED TO CHAPTER 7
AND TRUSTEE IS SELLING DEBTOR'S VEHICLE.
VEHICLE HAS BEEN SOLD AND TRUSTEE SENDING OUT ASSET NOTICE.  TRUSTEE TO REVIEW CLAIMS.  TRUSTEE TO EMPLOY AN ACCOUNTANT FOR FINAL TAX RETURN.  TRUSTEE
 HAS RECEIVED TAX RETURNS AND IS PREPARING HIS FINAL REPORT.

Initial Projected Date of Final Report (TFR): 02/28/05      Current Projected Date of Final Report (TFR): 03/31/09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 04-03986 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | BLUMENFELD, JULIETTA | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******8998  BofA - Money Market Account |
| Taxpayer ID No: | *******8922 | | | |
| For Period Ending: | 05/31/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) |
| | | | BALANCE FORWARD | | | |
| 02/08/05 | 6 | Charles Handel Trustee | Sale of Vehicle | 1229-000 | 9,000.00 | |
| 02/28/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.10 | |
| 03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.91 | |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.85 | |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.91 | |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.85 | |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.91 | |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 4.60 | |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 4.45 | |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 4.60 | |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 4.45 | |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 4.59 | |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 4.61 | |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.44 | |
| 03/14/06 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 6.90 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.68 | |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.43 | |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.69 | |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.45 | |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.70 | |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.71 | |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.46 | |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.73 | |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.48 | |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.72 | |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.75 | |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.00 | |
| 03/01/07 | 000302 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet St. | Bond premium | 2300-000 | | 7.35 |

Account / CD Balance ($):
0.00, 9,000.00, 9,001.10, 9,003.01, 9,004.86, 9,006.77, 9,008.62, 9,010.53, 9,015.13, 9,019.58, 9,024.18, 9,028.63, 9,033.22, 9,037.83, 9,044.27, 9,037.37, 9,045.05, 9,052.48, 9,060.17, 9,067.62, 9,075.32, 9,083.03, 9,090.49, 9,098.22, 9,105.70, 9,113.42, 9,121.17, 9,128.17, 9,120.82

LFORM2T4  UST Form 101-7-TFR (4/1/2009) (Page: 4)

Ver: 14.31

FORM 2

Page: 2

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-03986 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BLUMENFELD, JULIETTA | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******8998  BofA - Money Market Account |
| Taxpayer ID No: | *******8922 | | | |
| For Period Ending: | 05/31/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA 70130 | | | | | |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.75 | | 9,128.57 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.50 | | 9,136.07 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.76 | | 9,143.83 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.51 | | 9,151.34 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.77 | | 9,159.11 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 7.78 | | 9,166.89 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 5.83 | | 9,172.72 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 5.85 | | 9,178.57 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 4.90 | | 9,183.47 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 4.39 | | 9,187.86 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 3.64 | | 9,191.50 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 2.18 | | 9,193.68 |
| 03/25/08 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 8.11 | 9,185.57 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.17 | | 9,187.74 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.88 | | 9,189.62 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.16 | | 9,190.78 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.14 | | 9,191.92 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.17 | | 9,193.09 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.16 | | 9,194.25 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.14 | | 9,195.39 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.89 | | 9,196.28 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.75 | | 9,197.03 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.46 | | 9,197.49 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,197.57 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 9,197.64 |
| 02/28/09 | 000304 | International Sureties, Ltd. | Bond premium | 2300-000 | | 7.55 | 9,190.09 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,190.17 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 04-03986 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BLUMENFELD, JULIETTA | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******8998 BofA - Money Market Account |
| Taxpayer ID No: | *******8922 | | |
| For Period Ending: | 05/31/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 9,190.37 |

| Account *******8998 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 9,000.00 | 4 | Checks | 29.91 |
| | 51 | Interest Postings | 220.28 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 9,220.28 | | | |
| | | | | | Total | $ 29.91 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 9,220.28 | | | |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 04-03986 | | Page 1 | | Date: May 31, 2009 |
| Debtor Name: | BLUMENFELD, JULIETTA | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | Cohen & Krol | Administrative | | $1,903.00 | $0.00 | $1,903.00 |
| 000001 070 7100-00 | Louis A Weinstock<br>300 W Adams Street<br>#840<br>Chicago, IL 60606 | Unsecured | | $7,593.37 | $0.00 | $7,593.37 |
| 000002 070 7100-00 | Aerex Pest Control<br>4674 N Elston Ave<br>Chicago, IL 60630-4295 | Unsecured | | $117.11 | $0.00 | $117.11 |
| 000003 070 7100-00 | Matlin & Faterstein<br>500 Skokie Blvd., Ste. 350<br>Northbrook, IL 60062 | Unsecured | | $3,691.25 | $0.00 | $3,691.25 |
| 000004 070 7100-00 | T-Mobile Wireless<br>Attention : Bankruptcy Department<br>PO Box 37380<br>Albuquerque, NM 87176-7380 | Unsecured | | $490.66 | $0.00 | $490.66 |
| 000005 070 7100-00 | Shen & Associates Inc<br>874 Green Bay Rd<br>Ste 203<br>Winnetka, IL 60093 | Unsecured | | $150.00 | $0.00 | $150.00 |
| 000006 070 7100-00 | Neiman Marcus<br>P O Box 740933<br>Dallas, TX 75374 | Unsecured | | $9,157.24 | $0.00 | $9,157.24 |
| 000007 070 7100-00 | Have Doggie We"ll Doo<br>5316 W Wellington<br>Chicago, IL 60641 | Unsecured | | $300.00 | $0.00 | $300.00 |
| 000008 070 7100-00 | Deerfield Electric Co., Inc.<br>3680 Commercial Ave.<br>Northbrook, IL 60062 | Unsecured | | $1,010.41 | $0.00 | $1,010.41 |
| 000009 070 7100-00 | Victor Hlavacek Florist And Greenhouses<br>746 Greenbay Rd<br>Winnetka, IL 60093 | Unsecured | | $1,155.44 | $0.00 | $1,155.44 |
| 000010 070 7100-00 | Sam Scopelliti Landscaping, Inc.<br>340 Washington Ave.<br>Highwood, IL 60040 | Unsecured | | $9,829.50 | $0.00 | $9,829.50 |
| 000011 | Matlin & Faterstein<br>500 Skokie Blvd., Ste. 350<br>Northbrook, IL 60062 | Unsecured | | $3,691.25 | $0.00 | $3,691.25 |
| 000012 | Neiman Marcus<br>P O Box 740933<br>Dallas, TX 75374 | Unsecured | | $9,157.24 | $0.00 | $9,157.24 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 04-03986 | | Page 2 | | | Date: May 31, 2009 |
| Debtor Name: | BLUMENFELD, JULIETTA | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000014 | Victor Hlavacek Florist And Greenhouses<br>746 Greenbay Rd<br>Winnetka, IL  60093 | Unsecured | | $1,155.44 | $0.00 | $1,155.44 |
| 000015<br>070<br>7100-00 | Poop B" Gone<br>c/o Activity Collection Svc<br>664 Milwaukee Ave<br>Prospect Heights, IL 60070 | Unsecured | | $135.00 | $0.00 | $135.00 |
| 000016<br>070<br>7100-00 | Capital One Bank<br>P O Box 85167<br>Richmond, VA 23285 | Unsecured | | $678.60 | $0.00 | $678.60 |
| 000013 | Deerfield Electric Co., Inc.<br>3680 Commercial Ave.<br>Northbrook, IL  60062 | Secured | | $1,010.41 | $0.00 | $1,010.41 |
| | Case Totals: | | | $51,225.92 | $0.00 | $51,225.92 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 04-03986 ABG
Case Name: BLUMENFELD, JULIETTA
Trustee Name: JOSEPH E. COHEN

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| NA | $ |
|  | $ |
|  | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: JOSEPH E. COHEN | $ | $ |
| Attorney for trustee: Cohen & Krol | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: NA | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other: NA* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *NA* | *NA* | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Louis A Weinstock* | $ | $ |
| *000002* | *Aerex Pest Control* | $ | $ |
| *000003* | *Matlin & Faterstein* | $ | $ |
| *000004* | *T-Mobile Wireless* | $ | $ |
| *000005* | *Shen & Associates Inc* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000006 | Neiman Marcus | $ | $ |
| 000007 | Have Doggie We''ll Doo | $ | $ |
| 000008 | Deerfield Electric Co., Inc. | $ | $ |
| 000009 | Victor Hlavacek Florist And Greenhouses | $ | $ |
| 000010 | Sam Scopelliti Landscaping, Inc. | $ | $ |
| 000015 | Poop B" Gone | $ | $ |
| 000016 | Capital One Bank | $ | $ |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NA | NA | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $         .