# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| In re: | § | Case No. 04-03986 |
|---|---|---|
| BLUMENFELD, JULIETTA | § | |
| | § | |
| Debtors | § | |
| | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 9,220.51 |
| *and approved disbursements of* | $ | 29.91 |
| *leaving a balance of* | $ | 9,190.60 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: JOSEPH E. COHEN* | $ 1,672.07 | $ 0.00 |
| *Attorney for trustee: Cohen & Krol* | $ 1,903.00 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Fees: | | $ | $ |
| Other: | | $ | $ |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,308.58  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  16.4  percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Louis A Weinstock | $ 7,593.37 | $ 1,242.91 |
| 000002 | Aerex Pest Control | $ 117.11 | $ 19.17 |
| 000003 | Matlin & Faterstein | $ 3,691.25 | $ 604.20 |
| 000004 | T-Mobile Wireless | $ 490.66 | $ 80.31 |
| 000005 | Shen & Associates Inc | $ 150.00 | $ 24.55 |
| 000006 | Neiman Marcus | $ 9,157.24 | $ 1,498.89 |
| 000007 | Have Doggie We"ll Doo | $ 300.00 | $ 49.11 |
| 000008 | Deerfield Electric Co., Inc. | $ 1,010.41 | $ 165.39 |
| 000009 | Victor Hlavacek Florist And Greenhouses | $ 1,155.44 | $ 189.13 |
| 000010 | Sam Scopelliti Landscaping, Inc. | $ 9,829.50 | $ 1,608.93 |
| 000015 | Poop B" Gone | $ 135.00 | $ 22.10 |
| 000016 | Capital One Bank | $ 678.60 | $ 111.07 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at  2:00 PM  on  08/07/2009  in Courtroom  B ,

United States Courthouse

Park City Branch Court

301 Greenleaf Ave.,  Park City, IL 60085

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 07/07/2009_____     By:/s/JOSEPH E. COHEN_____

Trustee

*JOSEPH E. COHEN, COHEN & KROL*
*105 WEST MADISON STREET, SUITE 1100, CHICAGO, IL 60602-0000*
*312-368-0300*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhatch                Page 1 of 2              Date Rcvd: Jul 15, 2009
Case: 04-03986              Form ID: pdf006              Total Noticed: 78

The following entities were noticed by first class mail on Jul 17, 2009.
```
db          +Julietta Blumenfeld,   1516 Cloverdale,   Highland Park, IL 60035-2727
aty         +Melvin J Kaplan,   Melvin J Kaplan & Associates,   55 E Jackson Blvd Suite 650,
             Chicago, IL 60604-4457
tr          +Joseph E Cohen, Tr.,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
8193489     +ADT,   P O Box 371490,   Pittsburgh, PA 15250-7490
8550355     +AT & T Wireless,   P O Box 78224,   Phoenix, AZ 85062-8224
8193490     +Aerex Pest Control,   4674 N Elston Ave.,   Chicago, IL 60630
7736336     +All American Fence Co.,   1456 East Course Drive,   Riverwoods, IL 60015-1736
8708980     +Aronberg Gold,   One IBM Plaza Ste 3000,   Chicago, IL 60611-3779
7736337     +Baytree Professional Management,   North Shore Primary Care SC,   71 N. Waukegan Rd. Ste. 900,
             Lake Bluff, IL 60044-1692
7736338     +California Closets,   275 12th St.,   Suite B,   Wheeling, IL 60090-2015
8193492     +Capital One,   c/o NCO Financial,   507 Prudential Rd,   Horsham, PA 19044-2308
7736339     +Capital One Bank,   P O Box 85167,   Richmond, VA 23285-5167
7736340     +Conners Video,   806 Sheridan Rd.,   Highwood, IL 60040-1003
7736341     +Credit Recovery Inc.,   PO Box 916,   Ottawa, IL 61350-0916
7736342     +D'Ancona & Pflaum, LLC,   111 E. Wacker Dr., Ste. 2800,   Chicago, IL 60601-3713
7736343     +Deerfield Electric Co., Inc.,   3680 Commercial Ave.,   Northbrook, IL 60062-1823
7736344     +Downe's Pool Co., Inc.,   433 Denniston Ct.,   Wheeling, IL 60090-4730
7736345     +Dr. David Jackson,   1823 St. John's Ave.,   Highland Park, IL 60035-3215
7736346      ENH Medical Group,   23139 Network Place,   Chicago, IL 60673-1231
7736348     +EZ Clean,   23133 Bonnyrigg Court,   Hawthorn Woods, IL 60047-7525
8550356      Eric G Matlin PC,   5000 Skokie Blvd, Ste 350,   Northbrook, IL 60062
8193494     +Evanston Northwestern Healthcare,   Van Ru Credit Corp,   10024 Skokie Blvd,
             Skokie, IL 60077-1037
7736347      Evanston Northwestern Healthcare,   Medical Group, Dept. 77-9532,   Chicago, IL 60678-9532
8193498     +HR Imaging Parnters,   Credit Recovery,   P O Box 916,   Ottawa, IL 61350-0916
7736352     +HR Imaging Partners,   4105 Progress Drive,   Ottawa, IL 61350-9548
7736349     +Have Doggie, We'll Do!,   5316 W. Wellington,   Chicago, IL 60641-4955
7736335     +Highland Park Animal House,   1460 Old Skokie Road,   Highland Park, IL 60035-3075
7736350     +Highland Park Electric,   3250 Skokie Valley Rd, Suite 5,   Highland Park, IL 60035-1004
7736351      Household Bank,   PO Box 17051,   Baltimore, MD  21297-1051
8193496     +Household Bank,   RMA,   11214 Renner Rd,   Lenexa, KS 66219-9605
7736353     +IL Bone & Joint Center,   135 S LaSalle Dpt 1052,   Chicago, IL 60674-0001
7736354     +Illinois Bone And Joint Center,   135 South La Salle , Dept 1052,   Chicago, IL 60674-1052
7736355     +Jack Johnson,   Washington Ave.,   Highwood, IL  60040
8193497      Jack Johnson,   Highwood, IL 60040
7736356     +John Zengeler Cleaners,   2020 First Street,   Highland Park, IL 60035-2406
7736333     +Julietta Blumenfeld,   1516 Cloverdale Avenue,   Highland Park, IL 60035-2727
7736357     +Lake City Cleaners,   1740 First St.,   Highland Park, IL 60035-3281
8708978     +Lakeview Landscaping Corp,   POB 54,   Skokie, IL 60076-0054
7736358     +Les Kopiec,   2987 Summit,   Highland Park, IL 60035-1137
7736359      Literary Guild,   PO Box 6325,   Camp Hill, PA  17012-6325
8193499     +Literary Guild,   North Shore Agency,   751 Summa Ave.,   Westbury, NY 11590-5010
8193500      Literary Guild,   c/o Penn Credit,   P O Box 988,   Harrisburg, PA 17108-0988
8344356     +Louis A Weinstock,   300 W Adams Street,   #840,   Chicago, IL 60606-5109
7736360     +Mariani Landscape,   300 Rockland Rd.,   Lake Bluff, IL 60044-1813
7736361     +Marilyn Feder, D.O., S.C.,   666 Dundee Rd. #501,   Northbrook, IL 60062-2733
7736362     +Matlin & Faterstein,   500 Skokie Blvd., Ste. 350,   Northbrook, IL 60062-2877
7736363     +Medco Financial Assoc.,   PO Box 525,   Gurnee, IL 60031-0525
7736364     +National Credit Adjustors,   PO Box 3023 -327 West 4th Street,   Hutchinson, KS 67504-3023
7736365     +Neiman Marcus,   P O Box 740933,   Dallas, TX 75374-0933
7736366     +North Shore Agency, Inc.,   751 Summa Ave.,   Westbury, NY 11590-5010
7736367     +North Shore Medical Services,   480 Elm Place,   Highland Park, IL 60035-2538
8193501      People Energy,   c/o CBCS,   P O Box 163250,   Columbus, OH 43216-3250
7736368      Peoples Energy,   PO Box 163250 (CBCS),   Columbus, OH  43216-3250
8708977     +Plunkett Home Furnishing,   200 S Mitchell Court,   Addison, IL 60101-1434
8708975     +Poop B' Gone,   POB 9101,   Mt prospect, IL 60056-9101
8708976     +Poop B' Gone,   c/o Activity Collection Svc,   664 Milwaukee Ave,
             Prospect Heights, IL 60070-2300
8193502      Quest Diagnostic,   P O Box 64500,   Baltimore, MD 21264-4500
8193503     +Quest Diagnostic,   c/o Collection Agency,   2269 Sawmill River Rd,   Elmsford, NY 10523-3832
7736369     +RMA,   11214 Renner Road,   Lenexa, KS 66219-9605
8436654   ++++SHEN & ASSOCIATES INC,   874 GREEN BAY RD STE 150,   WINNETKA IL  60093-1867,
             Winnetka, IL 60093
            (address filed with court: Shen & Associates Inc,   874 Green Bay Rd,   Ste 203,
             Winnetka, IL 60093)
7736370     +Sam Scopelliti Landscaping, Inc.,   340 Washington Ave.,   Highwood, IL 60040-1194
7736371     +Schmechtig Landscape Co.,   20860 W. Indian Creek Rd.,   Mundelein, IL 60060-9448
7736372     +Scott Sherwin,   200 N. La Salle St., Ste. 1810,   Chicago, IL 60601-1028
7736373     +Siteworks,   5250 Grand Ave., Suite 14 #105,   Gurnee, IL 60031-1877
7736374     +Stephen R. Cann MD,   1535 Lake Cook Road Suite 200 W,   Northbrook, IL 60062-1451
7736375     +Sunset Foods,   777 Central Ave.,   Highland Park, IL  60035-3292
8193504     +T-Mobile,   c/o Bay Area Credit Service,   50 Airport Parkway,   Ste 100,
             San Jose, CA 95110-1036
8461832      T-Mobile Wireless,   Attention : Bankruptcy Department,   PO Box 37380,
             Albuquerque, NM 87176-7380
7736376      T. Mobile,   PO Box 742596,   Cincinnati, OH  45274-2596
7736377     +Tad Kanvik,   C/O Siteworks,   5250 Grand Ave., Ste. 14 #105,   Gurnee, IL 60031-1877
7736378     +The Bannockburn Club,   2211 Waukegan Road,   Bannockburn, IL 60015-1599
8193505     +VIP Stone & Tile,   334 Green Bay Rd,   Highwood, IL 60040-1305
7736379     +Van Ru Credit Corp,   10024 Skokie Blvd, Ste 3,   Skokie, IL 60077-9944
7736380     +Victor Hlavacek Florist And Greenhouses,   746 Greenbay Rd,   Winnetka, IL 60093-1897
```

```
District/off: 0752-1        User: lhatch              Page 2 of 2              Date Rcvd: Jul 15, 2009
Case: 04-03986             Form ID: pdf006            Total Noticed: 78

7736381        +Video Adventure,   1766 2nd St.,   Highland Park, IL 60035-3204
7736382        +Vince Puccio Landscaping, Inc.,   1388 Ridge Road,   Highland Park, IL 60035-2831
8708979        +Visa,   c/o Horchow,   POB 222328,   Dallas, TX 75222-2328
7736334        +William L Needler,   Attorney At Law,   555 Skokie Blvd Ste 500,   Northbrook, IL 60062-2845

The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8193491*       +All American Fence Co,   1456 East Course Drive,   Riverwoods, IL 60015-1736
8193493*       +Conners Video,   806 Sheridan Rd,   Highwood, IL 60040-1003
8193495*       +Have Doggie We'll Doo,   5316 W Wellington,   Chicago, IL 60641-4955
                                                                             TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 17, 2009**          **Signature:**     _Joseph Speetjens_