**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BLUMENFELD, JULIETTA | § | Case No. 04-03986 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 | Assets Exempt: 1,950.00 |
| Total Distributions to Claimants: 5,616.11 | Claims Discharged Without Payment: 71,053.06 |
| Total Expenses of Administration: 3,604.94 | |

3) Total gross receipts of $ 9,221.05 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 9,221.05 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,604.94 | 3,604.94 | 3,604.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 61,040.73 | 34,308.58 | 34,308.58 | 5,616.11 |
| **TOTAL DISBURSEMENTS** | $ 61,040.73 | $ 37,913.52 | $ 37,913.52 | $ 9,221.05 |

4) This case was originally filed under chapter 7 on 02/03/2004 . The case was pending for 80 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/08/2010 By:/s/JOSEPH E. COHEN

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2000 LAND ROVER | 1229-000 | 9,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 221.05 |
| **TOTAL GROSS RECEIPTS** | | $ 9,221.05 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | 2100-000 | NA | 1,672.03 | 1,672.03 | 1,672.03 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 6.90 | 6.90 | 6.90 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 7.35 | 7.35 | 7.35 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 8.11 | 8.11 | 8.11 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 7.55 | 7.55 | 7.55 |
| COHEN & KROL | 3110-000 | NA | 1,268.67 | 1,268.67 | 1,268.67 |
| JOSEPH E. COHEN | 3110-000 | NA | 634.33 | 634.33 | 634.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$** NA | **$** 3,604.94 | **$** 3,604.94 | **$** 3,604.94 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$** NA | **$** NA | **$** NA | **$** NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| All American Fence Co. 1456 East Course Drive Riverwoods, IL 60015 | | 1,045.00 | NA | NA | 0.00 |
| Baytree Professional Management North Shore Primary Care SC 71 N. Waukegan Rd. Ste. 900 Lake Bluff, IL 60044 | | 254.00 | NA | NA | 0.00 |
| Baytree Professional Management North Shore Primary Care SC 71 N. Waukegan Rd. Ste. 900 Lake Bluff, IL 60044 | | 362.00 | NA | NA | 0.00 |
| California Closets 275 12th St., Suite B Wheeling, IL 60090 | | 536.57 | NA | NA | 0.00 |
| Conners Video 806 Sheridan Rd. Highwood, IL 60040 | | 0.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Credit Recovery Inc. PO 916 Ottawa, IL 61350 | | 0.00 | NA | NA | 0.00 |
| D'Ancona & Pflaum, LLC 111 E. Wacker Dr., Ste. 2800 Chicago, IL 60601-4205 | | 623.00 | NA | NA | 0.00 |
| Downe's Pool Co., Inc. 433 Denniston Ct. Wheeling, IL 60090 | | 223.44 | NA | NA | 0.00 |
| Dr. David Jackson 1823 St. John's Ave. Highland Park, IL 60035 | | 250.00 | NA | NA | 0.00 |
| ENH Medical Group 23139 Network Place Chicago, IL 60673-1231 | | 337.00 | NA | NA | 0.00 |
| EZ Clean 23133 Bonnyrigg Court Hawthorn Woods, IL 60047 | | 100.00 | NA | NA | 0.00 |
| Evanston Northwestern Healthcare Medical Group Dept. 77-9532 Chicago, IL 60678-9532 | | 1,201.58 | NA | NA | 0.00 |
| HR Imaging Partners 4105 Progress Drive Ottawa, IL 61350 | | 51.00 | NA | NA | 0.00 |
| Highland Park Animal House 1460 Old Skokie Road Highland Park, IL 60035 | | 578.30 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Highland Park Electric 3250 Skokie Valley Rd, Suite 5 Highland Park, IL 60035 | | 1,543.40 | NA | NA | 0.00 |
| Household Bank PO Box 17051 Baltimore, MD 21297-1051 | | 754.61 | NA | NA | 0.00 |
| IL Bone & Joint Center 135 S LaSalle Dpt 1052 Chicago, IL 60674 | | 335.40 | NA | NA | 0.00 |
| Illinois Bone and Joint Center 135 South La Salle, Dept 1052 Chicago, IL 60674 | | 335.40 | NA | NA | 0.00 |
| Jack Johnson Washington Ave. Highwood, IL 60040 | | 2,000.00 | NA | NA | 0.00 |
| John Zengeler Cleaners 2020 First Street Highland Park, IL 60035 | | 1,000.00 | NA | NA | 0.00 |
| Lake City Cleaners 1740 First St Highland Park, IL 60035 | | 208.25 | NA | NA | 0.00 |
| Les Kopiec 2987 Summit Highland Park, IL 60035 | | 800.00 | NA | NA | 0.00 |
| Literary Guild PO Box 6325 Camp Hill, PA 17012-6325 | | 92.41 | NA | NA | 0.00 |
| Mariani Landscape 300 Rockland Rd. Lake Bluff, IL 60044 | | 11,790.60 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Marilyn Feder, D.O. S.C. 666 Dundee Rd. #501 Northbrook, IL 60062 | | 130.50 | NA | NA | 0.00 |
| Medco Financial Assoc. PO Box 525 Gurnee, IL 60031 | | 0.00 | NA | NA | 0.00 |
| National Credit Adjustors PO Box 3023-327 West 4th Stret Hutchinson, KS 67504-0550 | | 0.00 | NA | NA | 0.00 |
| North Shore Agency, Inc. 751 Summa Ave. Westbury, NY 11590 | | 0.00 | NA | NA | 0.00 |
| North Shore Medical Services 480 Elm Palace Highland Park, IL 60035 | | 1,628.00 | NA | NA | 0.00 |
| Peoples Energy PO Box 163250(CBCS) Columbus, OH 43216-3250 | | 666.43 | NA | NA | 0.00 |
| RMA 11214 Renner Road Lenexa, KS 66219 | | 0.00 | NA | NA | 0.00 |
| Scott Sherwin 200 N. La Salle St., Ste. 1810 Chicago, IL 60601 | | 750.00 | NA | NA | 0.00 |
| Siteworks 5250 Grand Ave., Suite 14 # 105 Gurnee, IL 60031 | | 2,000.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| Stephen R. Cann MD 1535 Lake Cook Road Suite 200 W Northbrook, IL 60062 | | 410.00 | NA | NA | 0.00 |
| Sunset Foods 777 Central Ave. Highland Park, IL 60035-3292 | | 4,048.70 | NA | NA | 0.00 |
| Tad Kanvik c/o Siteworks 5250 Grand Ave., Ste 14 #105 Gurnee, IL 60031 | | 3,800.00 | NA | NA | 0.00 |
| The Bannockburn Club 2211 Waukegan Road Bannockburn, IL 60015 | | 1,270.00 | NA | NA | 0.00 |
| Van Ru Credit Corp 10024 Skokie Blvd., Ste 3 Skokie, IL 60077 | | 0.00 | NA | NA | 0.00 |
| Video Adventure 1766 2nd St. Highland Park, IL 60035 | | 0.00 | NA | NA | 0.00 |
| Vince Puccio Landscaping, Inc.. 1388 Ridge Road Highland Park, IL 60035 | | 3,235.00 | NA | NA | 0.00 |
| CAPITAL ONE BANK | 7100-000 | 684.38 | 678.60 | 678.60 | 111.08 |
| DEERFIELD ELECTRIC CO., INC. | 7100-000 | 1,010.41 | 1,010.41 | 1,010.41 | 165.39 |
| HAVE DOGGIE WE"LL DOO | 7100-000 | 290.00 | 300.00 | 300.00 | 49.11 |
| LOUIS A WEINSTOCK | 7100-000 | 6,891.69 | 7,593.37 | 7,593.37 | 1,242.99 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MATLIN & FATERSTEIN | 7100-000 | 3,691.25 | 3,691.25 | 3,691.25 | 604.24 |
| NEIMAN MARCUS | 7100-000 | 492.60 | 9,157.24 | 9,157.24 | 1,498.99 |
| POOP B" GONE | 7100-000 | NA | 135.00 | 135.00 | 22.10 |
| SAM SCOPELLITI LANDSCAPING, INC. | 7100-000 | 4,048.70 | 9,829.50 | 9,829.50 | 1,609.03 |
| T-MOBILE WIRELESS | 7100-000 | 415.67 | 490.66 | 490.66 | 80.32 |
| VICTOR HLAVACEK FLORIST AND GREENHO | 7100-000 | 1,155.44 | 1,155.44 | 1,155.44 | 189.14 |
| AEREX PEST CONTROL | 7100-001 | NA | 117.11 | 117.11 | 19.17 |
| SHEN & ASSOCIATES INC | 7100-001 | NA | 150.00 | 150.00 | 24.55 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ 61,040.73 | $ 34,308.58 | $ 34,308.58 | $ 5,616.11 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 04-03986 ABG Judge: A. BENJAMIN GOLDGAR
Case Name: BLUMENFELD, JULIETTA

For Period Ending: 09/08/10

Trustee Name: JOSEPH E. COHEN
Date Filed (f) or Converted (c): 02/03/04 (f)
341(a) Meeting Date: 03/25/04
Claims Bar Date: 05/05/05

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 0.00 | 0.00 | | 0.00 | 0.00 |
| 2. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | 0.00 |
| 3. APPAREL | 200.00 | 0.00 | | 0.00 | 0.00 |
| 4. JEWELRY | 250.00 | 0.00 | | 0.00 | 0.00 |
| 5. LINCOLN TOWNCAR - 1995 | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 6. 2000 LAND ROVER (u) | 0.00 | 10,000.00 | | 9,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 221.05 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,950.00 | $10,000.00 | | $9,221.05 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE FOUND VEHICLE NOT SCHEDULED AND DEBTOR IS ATTEMPTING TO CONVERT TO CHAPTER 13. CASE CONVERTED TO CHAPTER 13. CASE RECONVERTED TO CHAPTER 7 AND TRUSTEE IS SELLING DEBTOR'S VEHICLE. VEHICLE HAS BEEN SOLD AND TRUSTEE SENDING OUT ASSET NOTICE. TRUSTEE TO REVIEW CLAIMS. TRUSTEE TO EMPLOY AN ACCOUNTANT FOR FINAL TAX RETURN. TRUSTEE HAS RECEIVED TAX RETURNS AND IS PREPARING HIS FINAL REPORT. FINAL REPORT SUBMITTED TO UST FOR REVIEW. FINAL HEARING HELD AND DISTRIBUTION MADE. TRUSTEE TO DEPOSIT UNCLAIMED FUNDS INTO CLERK OF THE COURT.

Initial Projected Date of Final Report (TFR): 02/28/05 Current Projected Date of Final Report (TFR): 03/31/09

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-03986 -ABG
Case Name: BLUMENFELD, JULIETTA

Taxpayer ID No: *******8922
For Period Ending: 09/08/10

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******8998 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/08/05 | 6 | Charles Handel Trustee | Sale of Vehicle | 1229-000 | 9,000.00 | | 9,000.00 |
| 02/28/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.10 | | 9,001.10 |
| 03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.91 | | 9,003.01 |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.85 | | 9,004.86 |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.91 | | 9,006.77 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.85 | | 9,008.62 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.91 | | 9,010.53 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 4.60 | | 9,015.13 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 4.45 | | 9,019.58 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 4.60 | | 9,024.18 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 4.45 | | 9,028.63 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 4.59 | | 9,033.22 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 4.61 | | 9,037.83 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.44 | | 9,044.27 |
| 03/14/06 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 6.90 | 9,037.37 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.68 | | 9,045.05 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.43 | | 9,052.48 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.69 | | 9,060.17 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.45 | | 9,067.62 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.70 | | 9,075.32 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.71 | | 9,083.03 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.46 | | 9,090.49 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.73 | | 9,098.22 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.48 | | 9,105.70 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.72 | | 9,113.42 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.75 | | 9,121.17 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.00 | | 9,128.17 |
| 03/01/07 | 000302 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet St. | Bond premium | 2300-000 | | 7.35 | 9,120.82 |

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-03986 -ABG
Case Name: BLUMENFELD, JULIETTA

Taxpayer ID No: *******8922
For Period Ending: 09/08/10

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******8998 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA 70130 | | | | | |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.75 | | 9,128.57 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.50 | | 9,136.07 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.76 | | 9,143.83 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.51 | | 9,151.34 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.77 | | 9,159.11 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 7.78 | | 9,166.89 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 5.83 | | 9,172.72 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 5.85 | | 9,178.57 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 4.90 | | 9,183.47 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 4.39 | | 9,187.86 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 3.64 | | 9,191.50 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 2.18 | | 9,193.68 |
| 03/25/08 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 8.11 | 9,185.57 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.17 | | 9,187.74 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.88 | | 9,189.62 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.16 | | 9,190.78 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.14 | | 9,191.92 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.17 | | 9,193.09 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.16 | | 9,194.25 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.14 | | 9,195.39 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.89 | | 9,196.28 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.75 | | 9,197.03 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.46 | | 9,197.49 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,197.57 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 9,197.64 |
| 02/28/09 | 000304 | International Sureties, Ltd.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 7.55 | 9,190.09 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,190.17 |

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-03986 -ABG
Case Name: BLUMENFELD, JULIETTA

Taxpayer ID No: *******8922
For Period Ending: 09/08/10

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******8998 BofA - Money Market Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 9,190.37 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.23 | | 9,190.60 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.23 | | 9,190.83 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.23 | | 9,191.06 |
| 08/11/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 9,191.14 |
| 08/11/09 | | Transfer to Acct #*******1008 | Final Posting Transfer | 9999-000 | | 9,191.14 | 0.00 |

Account *******8998

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 1 | Deposits | 9,000.00 | 4 | Checks | | 29.91 |
| 55 | Interest Postings | 221.05 | 0 | Adjustments Out | | 0.00 |
| | | | 1 | Transfers Out | | 9,191.14 |
| | Subtotal | $ 9,221.05 | | | | |
| | | | | Total | $ | 9,221.05 |
| 0 | Adjustments In | 0.00 | | | | |
| 0 | Transfers In | 0.00 | | | | |
| | Total | $ 9,221.05 | | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit 9

Case No: 04-03986 -ABG
Case Name: BLUMENFELD, JULIETTA

Taxpayer ID No: *******8922
For Period Ending: 09/08/10

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1008 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/11/09 | | Transfer from Acct #*******8998 | Transfer In From MMA Account | 9999-000 | 9,191.14 | | 9,191.14 |
| 08/12/09 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,672.03 | 7,519.11 |
| 08/12/09 | 003002 | Cohen & Krol | Attorney for Trustee fees | 3110-000 | | 1,268.67 | 6,250.44 |
| 08/12/09 | 003003 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 634.33 | 5,616.11 |
| 08/12/09 | 003004 | Louis A Weinstock<br>300 W Adams Street<br>#840<br>Chicago, IL 60606 | Claim 000001, Payment 16.36941% | 7100-000 | | 1,242.99 | 4,373.12 |
| * 08/12/09 | 003005 | Aerex Pest Control<br>4674 N Elston Ave<br>Chicago, IL 60630-4295 | Claim 000002, Payment 16.36923% | 7100-003 | | 19.17 | 4,353.95 |
| 08/12/09 | 003006 | Matlin & Faterstein<br>500 Skokie Blvd., Ste. 350<br>Northbrook, IL 60062 | Claim 000003, Payment 16.36952% | 7100-000 | | 604.24 | 3,749.71 |
| 08/12/09 | 003007 | T-Mobile Wireless<br>Attention : Bankruptcy Department<br>PO Box 37380<br>Albuquerque, NM 87176-7380 | Claim 000004, Payment 16.36979% | 7100-000 | | 80.32 | 3,669.39 |
| * 08/12/09 | 003008 | Shen & Associates Inc<br>874 Green Bay Rd<br>Ste 203<br>Winnetka, IL 60093 | Claim 000005, Payment 16.36667% | 7100-003 | | 24.55 | 3,644.84 |
| 08/12/09 | 003009 | Neiman Marcus<br>P O Box 740933<br>Dallas, TX 75374 | Claim 000006, Payment 16.36945% | 7100-000 | | 1,498.99 | 2,145.85 |
| 08/12/09 | 003010 | Have Doggie We"ll Doo<br>5316 W Wellington | Claim 000007, Payment 16.37000% | 7100-000 | | 49.11 | 2,096.74 |

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-03986 -ABG
Case Name: BLUMENFELD, JULIETTA

Taxpayer ID No: *******8922
For Period Ending: 09/08/10

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1008 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60641 | | | | | |
| 08/12/09 | 003011 | Deerfield Electric Co., Inc.<br>3680 Commercial Ave.<br>Northbrook, IL 60062 | Claim 000008, Payment 16.36860% | 7100-000 | | 165.39 | 1,931.35 |
| 08/12/09 | 003012 | Victor Hlavacek Florist And Greenhouses<br>746 Greenbay Rd<br>Winnetka, IL 60093 | Claim 000009, Payment 16.36952% | 7100-000 | | 189.14 | 1,742.21 |
| 08/12/09 | 003013 | Sam Scopelliti Landscaping, Inc.<br>340 Washington Ave.<br>Highwood, IL 60040 | Claim 000010, Payment 16.36940% | 7100-000 | | 1,609.03 | 133.18 |
| 08/12/09 | 003014 | Poop B" Gone<br>c/o Activity Collection Svc<br>664 Milwaukee Ave<br>Prospect Heights, IL 60070 | Claim 000015, Payment 16.37037% | 7100-000 | | 22.10 | 111.08 |
| 08/12/09 | 003015 | Capital One Bank<br>P O Box 85167<br>Richmond, VA 23285 | Claim 000016, Payment 16.36899% | 7100-000 | | 111.08 | 0.00 |
| * 04/12/10 | 003005 | Aerex Pest Control<br>4674 N Elston Ave<br>Chicago, IL 60630-4295 | Claim 000002, Payment 16.36923% | 7100-003 | | -19.17 | 19.17 |
| * 04/12/10 | 003008 | Shen & Associates Inc<br>874 Green Bay Rd<br>Ste 203<br>Winnetka, IL 60093 | Claim 000005, Payment 16.36667% | 7100-003 | | -24.55 | 43.72 |
| 04/12/10 | 003016 | United States Bankruptcy Court<br>IL | Claim 000002, Payment 16.36923% | 7100-001 | | 19.17 | 24.55 |
| 04/12/10 | 003017 | United States Bankruptcy Court<br>IL | Claim 000005, Payment 16.36667% | 7100-001 | | 24.55 | 0.00 |

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-03986 -ABG
Case Name: BLUMENFELD, JULIETTA

Taxpayer ID No: *******8922
For Period Ending: 09/08/10

Trustee Name: JOSEPH E. COHEN
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1008 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******1008

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 19 | Checks | 9,191.14 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 9,191.14 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 9,191.14 | | | |
| | Total | $ 9,191.14 | | | |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 9,000.00 | 23 | Checks | 9,221.05 |
| 55 | Interest Postings | 221.05 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 9,191.14 |
| | Subtotal | $ 9,221.05 | | | |
| | | | | Total | $ 18,412.19 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 9,191.14 | | | |
| | Total | $ 18,412.19 | | Net Total Balance | $ 0.00 |